upon condition that the Attorney-General stipulate to proceed to trial on Wednesday, March eleventh, at Special Term for trials, or at such other time as the justice there presiding may direct; otherwise, motion granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

EDWARD STOKES, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— On the court's own motion, a reargument of the motion to dismiss appeal is ordered for Friday, March thirteenth. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JOSEPH UMANSKY, Respondent, v. KINGSWAY GARDENS, INC., and Others, Defendants, and MORRIS DLUGASCH, Appellant.— Motion to add appeal to the March term calendar granted and case ordered placed at the foot of the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MORRIS ISER, Respondent, v. MEYER HURWITZ, Appellant, and HERBERT MARK BUILDING CORPORATION, INC., and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant, within five days from the entry of the order herein, deposit with the clerk of this court a satisfaction of the judgment for costs; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE STRAND BUILDING CORPORATION and Others, Defendants, and NEWPO THEATRES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

AUSTER SALES CORPORATION, Respondent, v. SHOWERS BROS., INC., Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, March thirtieth (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE BANK OF AMERICA NATIONAL ASSOCIATION, Respondent, v. NATIONAL RESERVE CORPORATION, Appellant.— Motion to dismiss appeal from order of November 15, 1930, and from judgment of November 17, 1930, granted by default, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder and Davis, JJ.; Carswell, J., not voting.

PAUL M. BEACOM, Respondent, v. AMERICAN INK COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

PAUL M. BEACOM, Respondent, v. AMERICAN INK COMPANY, Appellant.— Stay granted for thirty days to enable appellant to apply to the Court of Appeals for leave to appeal. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

STANLEY BOGART, Respondent, v. JAMES J. WALKER, Mayor of the City of New York, and Others, Appellants.— Motion to vacate stay denied. Present — Lazansky, P. J., Kapper, Scudder and Davis, JJ.; Carswell, J., not voting.

MICHELE BONSIGNORE, Appellant, v. CHIARELLO BROTHERS Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.